**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Armistead M. Long
Gordon, Arata, Montgomery
400 E. Kaliste Saloom, #4200
Lafayette LA 70508

Paul B. Simon
Gordon, Arata, McCollam
400 E. Kaliste Saloom, #4200
Lafayette LA 70508

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on July 6, 2022

**REHEARING ACTION: July 6, 2022**

**Docket Number: 21   00715-CA**

**HOME BANK, N. A.**
**VERSUS**
**GOLDEN LA PROPERTIES, LLC**

**Appealed from Lafayette Parish Case No. 20205148**

**BEFORE JUDGES:**

> **Hon. Elizabeth A. Pickett**
> **Hon. Candyce G. Perret**
> **Hon. Jonathan W. Perry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Home Bank, N. A.** has this day been

> **DENIED.**

cc: Jefferson Joseph Moss, Jr., Counsel for the Appellant